# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| JORDAN WILSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-00717-VAC |
| | ) |
| vs. | ) |
| | ) |
| TIVITY HEALTH, INC., RICHARD ASHWORTH, ANTHONY M. SANFILIPPO, SARA J. FINLEY, ROBERT J. GRECZYN, JR., BETH M. JACOB, BRADLEY S. KARRO, STEPHANIE DAVIS MICHELMAN, and ERIN L. RUSSELL, | ) JURY TRIAL DEMANDED ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

June 20, 2022                                         **LONG LAW, LLC**

                                                      By: */s/ Brian D. Long*
                                                          Brian D. Long (#4347)
                                                          3828 Kennett Pike, Suite 208
                                                          Wilmington, DE 19807
                                                          Telephone: (302) 729-9100
                                                          Email: BDLong@longlawde.com

                                                          *Attorneys for Plaintiff*